**Jonathan JORDAN, Petitioner-Appellant,**

v.

**Travis BRAGG, Warden, FCI Bennettsville, Respondent-Appellee.**

No. 17-6020

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2017

Decided: May 22, 2017

Jonathan Jordan, Appellant Pro Se.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Jordan, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Jordan v. Bragg*, No. 9:16-cv-02130-BHH, 2016 WL 7111703 (D.S.C. Dec. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*